**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 19-1214**

In re:  YVE BLANC,

       Petitioner.

On Petition for Extraordinary Writ. (7:06-cr-00402-TMC-1)

Submitted:  April 18, 2019                 Decided:  April 23, 2019

Before WILKINSON, MOTZ, and KEENAN, Circuit Judges.

Petition denied by unpublished per curiam opinion.

Yve Blanc, Petitioner Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Yve Blanc petitions this Court for a writ of error coram nobis pursuant to 28 U.S.C. § 1651(a) (2012) and Fed. R. App. P. 21. A writ of error coram nobis can be used to vacate a conviction when there is a fundamental error resulting in conviction and no other means of relief is available. *See United States v. Denedo*, 556 U.S. 904, 911 (2009); *United States v. Swaby*, 855 F.3d 233, 238 (4th Cir. 2017). *But see Carlisle v. United States*, 517 U.S. 416, 429 (1996) (noting that "it is difficult to conceive of a situation in a federal criminal case today where a writ of *coram nobis* would be necessary or appropriate" (brackets and internal quotation marks omitted)). We conclude that Blanc fails to establish that he is entitled to a writ of error coram nobis. *See United States v. Akinsade*, 686 F.3d 248, 252 (4th Cir. 2012) (setting forth requirements for issuance of writ). Accordingly, although we grant Blanc leave to proceed in forma pauperis, we deny his petition and deny his motion to appoint counsel. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*PETITION DENIED*

2